UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TMI ENTERPRISES, LLC | CIVIL ACTION |
| VERSUS | NO: 06-566 |
| CNA INSURANCE COMPANIES, ET AL. | SECTION: "J" (4) |

### O R D E R

Having been advised that Plaintiff does not oppose the motions pending in this case, and further, it appearing to the Court that the motions have merit,

**IT IS ORDERED** that the Motion for Stay and Partial Dismissal (Rec. Doc. 41) and the Motion to Stay (Rec. Doc. 42) are **GRANTED;**

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action closed for statistical purposes; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana this the 28th day of July, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE